IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
JOHN ROBERT DEMOS JR.,         )    CIV. NO. 14-00521 LEK/KSC
                               )
          Petitioner,          )    DISMISSAL ORDER
                               )
     vs.                       )
                               )
THE UNITED STATES OF AMERICA,  )
et al.,                        )
                               )
          Respondents.         )
_____ )
```

## **DISMISSAL ORDER**

Petitioner is a Washington state prisoner challenging his 1978 conviction for first degree burglary. The court construes the petition as brought pursuant to 28 U.S.C. § 2254. Petitioner did not file an in forma pauperis application or pay the filing fee.

Petitioner asserts his burglary conviction is unconstitutional because he is a Knight of Malta, Knight Templar, and member of Opus Dei. Petitioner states that Pope Innocent II granted the Knights Templar sovereignty in 1139, another unnamed Pope granted sovereignty to the Knights of Malta in 1879, and Pope John Paul II made Opus Dei a personal prelate whose members answer only to the Pope.

Petitioner does not explain how his conviction or sentence are in violation of the laws of the United States, or why he filed this action in Hawaii, where he was neither

convicted nor is incarcerated.[1]  Even if this petition challenging a 1978 Washington state conviction was timely and brought in the proper forum against proper respondents, Petitioner's fanciful tale of Papal bulls and his membership in religious orders as a basis for overturning his conviction or sentence is frivolous on its face.

This action is DENIED as frivolous pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.  It is also DISMISSED for lack of jurisdiction for failure to name a proper respondent or bring the petition in the district of conviction.  *See* 28 U.S.C. § 2254; *Rumsfeld v. Padilla*, 542 U.S. 426, 433 (2004); Rule 2(a), 28 U.S.C. foll. § 2254; *Stanley v. California*, 21 F.3d 359, 360 (9th Cir. 1994). The Clerk is DIRECTED to enter judgment and close this case.

IT IS SO ORDERED.

---

[1] Petitioner has filed hundreds of actions in the federal and is under pre-filing review in the District of Washington, the Ninth Circuit Court of Appeals, the United States Supreme Court, and the Washington state courts.  *See* U.S. Party/Case Index, http://pacer.psc.uscourts.gov; *see also Demos v. Storrie*, 507 U.S. 290, 291 (1993).

DATED: Honolulu, Hawaii, November 24, 2014.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

*Demos v. United States,* 1:14-cv-00521 LEK; Dismissal/psa/Habeas 2014/Demos 14-521 LEK (dsm 2254); J:\PSA Draft Ords\LEK\Demos 14-521 lek (dsm 2254).wpd